UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: INTERESTED PERSONS AND
CORPORATE DISCLOSURE
STATEMENT IN CRIMINAL CASES,

Case No. 8:22-mc-10-KKM

_____

## STANDING ORDER

The United States is directed to file a notice of all corporate victims or other corporate interested parties in all criminal cases pending on April 8, 2022, or filed thereafter.

The Clerk is directed to enter this order in all criminal cases pending before Judge Kathryn Kimball Mizelle and any filed thereafter.

**ORDERED** in Tampa, Florida, on April 8, 2022.

Kathryn Kimball Mizelle
United States District Judge