United States District Court
Middle District of Florida
Tampa Division

UNITED STATES OF AMERICA,

Plaintiff,

v.   No. 8:22-cr-72-KKM-CPT

CHYCHASOV, VITALII

Defendant.

## Unopposed Motion for Pro Hac Vice Admission

Arkady Bukh, Esquire, moves for special admission to represent the Defendant Vitalii Chychasov in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, Southern District of New York, Eastern District of New York, Western District of New York, Northern District of New York.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not appeared in any cases in state or federal court in Florida in the last thirty-six months.

I will comply with the federal rules and this Court's local rules.

1

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

The local counsel supporting this application is Jonathan E. Hackworth, Esq of the Hackworth Law, P.A.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.



Dated: May 23, 2022

Arkady Bukh, Esq

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and the Government does not oppose to my special admission.

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

**ARKADY BUKH**, Bar # **AB1134**

was duly admitted to practice in the Court on

**AUGUST 11, 2005**

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.
New York, New York

On **May 9, 2022**

Ruby J. Krajick
Clerk of Court

By s/ A. Eames
Deputy Clerk



## Appellate Division of the Supreme Court of the State of New York
### Second Judicial Department

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

### Arkady Bukh

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 26, 2003**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on May 6, 2022.

*Maria T. Fasulo*

Clerk of the Court

CertID-00065682