UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO. 8:22-cr-72-KKM-CPT

VITALII CHYCHASOV

## NOTICE OF CORPORATE VICTIMS

I hereby disclose the following pursuant to this Court's Standing Order:

1.  The name of each corporate victim of criminal conduct alleged to be wrongful, including every corporate entity who may be entitled to restitution:

  None currently identified.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: June 2, 2022.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

*/s/ Rachel K. Jones*
Rachel K. Jones
Assistant United States Attorney
Florida Bar No. 0091492
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
Email: Rachel.Jones@usdoj.gov

U.S. v. CHYCHASOV                              Case No. 8:22-cr-72-KKM-CPT

## CERTIFICATE OF SERVICE

 I hereby certify that on June 2, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel.

              /s/ Rachel K. Jones
              Rachel K. Jones
              Assistant United States Attorney
              Florida Bar No. 0091492
              400 N. Tampa St., Ste. 3200
              Tampa, FL 33602-4798
              Telephone: (813) 274-6000
              Facsimile: (813) 274-6358
              E-mail: Rachel.Jones@usdoj.gov