UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA (TAMPA)
---------------------------------------------------------------X
UNITED STATES OF AMERICA,            8:22-CR-0072-KKM-CPT-1

                         Plaintiff,

              Vs.            **NOTICE OF APPEARANCE**

CHYCHASOV, VITALII
                         Defendant.
---------------------------------------------------------------X

To: The Clerk of Court and all parties of record.

**PLEASE TAKE NOTICE,** that Arkady Bukh, Esq of the BUKH LAW FIRM, PLLC, has been granted *Pro Hac Vice* admission in the above-entitled action and hereby appears as counsel for Defendant VITALII CHYCHASOV, and requests that all papers in this action be served upon the undersigned.

Dated: Brooklyn, NY
June 10, 2022

                                                                 */s/ Arkady Bukh*
                                                                     Arkady Bukh, Esq.
                                                        BUKH LAW FIRM, PLLC
                                                                   1123 Avenue Z
                                                           Brooklyn, NY 11235
                                                            Tel. (718) 376-4766
                                                           Fax. (718) 376-3033
                                           Email: honorable@usa.com