**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**CRIMINAL/TAMPA DIVISION**

**UNITED STATES**

Case No.: 8:22-cr-72

**v.**

**VITALI CHYCHASOV**

_____/

**NOTICE OF APPEARANCE**

**NOW COMES** Defendant, VITALI CHYCHASOV, by and through his undersigned attorney, Jonathan Hackworth, Esq. hereby states that:

1. Jonathan Hackworth, Esq. hereby files their Notice of Appearance as attorney of record for the above named Defendant.

**Certificate of Service**

I hereby certify that a true and accurate copy of the foregoing document was served via CM/ECF this 20th day of July, 2022.

<u>*s/ Jonathan E. Hackworth*</u>
Jonathan Hackworth, Esq.
FBN #84234
Hackworth Law, P.A.
1818 North 15th Street
Tampa, FL 33605
Telephone:   (813) 280-2911
Email: jhack@bhtampa.com
Attorney for the Defendant