UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 8:22-cr-72-KKM-CPT

VITALII CHYCHASOV

| Judge: | Mac R. McCoy | Counsel for Government: | Rachel K. Jones |
|---|---|---|---|
| Deputy Clerk: | Fabiana Nicastri | Counsel for Defendant: | Jonathan Hackworth |
| Court Reporter: | Digital | Pretrial/Probation: | Amy Jackson |
| Date/Time: | July 25, 2022 03:14 PM-03:24 PM | Interpreter: | Yulia Shevchenko |
| Bench Time: | 10 minutes | | |

**Initial Appearance, Arraignment, and Detention Hearing**

Defendant present with Counsel and Russian Interpreter. Oral motion to appoint interpreter granted by the Court. The Court advises the defendant of his rights.

Government summarized allegations and possible penalties. Defendant waives a formal reading of the charges. Defendant pled not guilty to Counts One, Two, and Three of the Indictment. Court will enter a not guilty plea on the Defendant's behalf. Case is assigned to District Judge Kathryn Kimball Mizelle with a trial term commencing on September 6, 2022, and a status report due on the 15th of each month. Scheduling order to follow.

Oral Motions for Discovery and for entry of Scheduling Order setting the matter for trial by the Defendant-Granted. Oral Motions for Reciprocal Discovery and for entry of Scheduling Order setting the matter for trial by USA-Granted.

Government seeking detention based on the defendant posing a serious risk of flight. Additionally, the Government announces that the Defendant does not currently have legal status in the United States at this time. Defense Counsel waives a detention hearing at this time.

The Court orders the defendant to be detained without prejudice. Order to follow.

Oral Order as required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Failing to do so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instruction, dismissal of charges and contempt proceedings.

Defendant is remanded to the custody of the U.S. Marshals pending future proceedings.