AO 442 (Rev. 11/11) Arrest Warrant

2022 FEB 24 PM 4:14

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
VITALII CHYCHASOV

Case No. 8:22 cr 72 KKM-CPT

SEALED

2022 JUL 29 PM 1:47 FILED

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* VITALII CHYCHASOV
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, trafficking in unauthorized access devices, and possessing 15 or more of unauthorized access devices, in violation of 18 U.S.C. §§ 371, 1029(a)(2) and 1029(a)(3).

Date: 2/23/2022

*Christine Keyes*
Issuing officer's signature

City and state: Tampa, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 2-23-22, and the person was arrested on *(date)* 7-22-22
at *(city and state)* Orlando, Fl

Date: 7-25-22

*Scott [signature]*
Arresting officer's signature

Scott Capazola   DUSM
*Printed name and title*