**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES,**                              **CASE NO.: 8:22-cr-72**

**v.**

**VIATLI CHYCHASOV**
                    **Defendant.**
_____/

<u>**DEFENDANT VITALI CHYCHASOV UNOPPOSED MOTION TO CONTINUE**</u>
<u>**TRIAL TERM**</u>

      COMES NOW, the Defendant, VITALI CHYCHASOV, by and through his undersigned Counsel and hereby files this Unopposed Motion to Continue Trial Term to September 2022, and states the following in support thereof:

1. Defendant is currently scheduled for trial during the September 6, 2022 Trial Term.

2. At this point, Undersigned Counsel does not anticipate this matter proceeding to Trial.

3. Defendant requests a six (6) month continuance to the March 2023 Trial Term as the discovery exceeds two (2) terabytes of discovery and thousands of pages of written discovery.

4. The Defendant is in custody and does not oppose this motion. Furthermore, the Defendant waives speedy trial.

5. The government does **not** object to this motion.

WHEREFORE, the Defendant, Vitali Chychasov, by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed just and necessary.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic service (CM/ECF system) to the Clerk of Court and Assistant United States Attorney on this 12th day of August, 2022.

*/s/ Jonathan E. Hackworth*
Jonathan Hackworth, Esq.
FBN #84234
Hackworth Law, P.A.
1818 North 15th Street
Tampa, FL 33605
Telephone:  (813) 280-2911
Email: jhack@bhtampa.com
Attorney for the Defendant