UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-72-KKM-CPT

VITALII CHYCHASOV

## JOINT STATUS REPORT

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order dated July 27, 2022, the United States herein states as follows:

1. Brief summary of the case's status:

    This case involves a series of largely identical online marketplaces alleged to be operated several administrators, including CHYCHASOV. The sites were accessible through several URLs, including SSNDOB.WS, SSNDOB.CLUB, SSNDOB.STORE, and SSNDOB.VIP, and sold personally identifiable information of U.S. citizens, including names, social security numbers, and addresses, to buyers all over the world.

    On February 23, 2022, a federal grand jury returned an Indictment in against CHYCHASOV charging him with: (i) conspiracy to commit

   access device fraud, in violation of Title 18, United States Code, Secti18

   U.S.C. § 371 (Count 1); (ii) trafficking in unauthorized access devices,

   in violation of 18 U.S.C. §§ 1029(a)(2), (c)(1)(A)(i), and 2 (Count 2);

   and (iii) possession of unauthorized access, in violation of 18 U.S.C.

   §§ 1029(a)(3), (c)(1)(A)(i), and 2.

   CHYCHASOV was arrested in Hungary and extradited to the U.S. in

   July 2022. He had his first appearance before this Court on July 25,

   2022. The parties are meeting to review discovery and other matters on

   August 15, 2022. Discovery, which exceeds 2 terabytes and thousands

   of pages, has been processed and will be provided to defense upon

   provision of a hard drive.

2. Possibility of a plea agreement:

   Defense counsel must still review discovery with their client, but they

   believe that a plea agreement is likely.

3. Number of days required for trial:

   The parties believe the case would take approximately 10 trial days.

4. Pending motions, dates on which they were filed, and whether they are

   ripe for determination:

   Pending unopposed motion to continue.

5. Potential speedy trial problems:

Counsel continues to review the voluminous discovery with their client. Defense counsel will file any waiver required by the court. Currently speedy trial expires on October 3, 2022.

The United States has consulted with counsel for the defendant in this case and he agrees to the information contained herein.

    Respectfully submitted,

    ROGER B. HANDBERG
    United States Attorney

By: /s/ Rachel Jones

Rachel Jones
Assistant United States Attorney
Florida Bar. No. 91492
400 N. Tampa Street, Suite 3200
Tampa, FL 33602
Phone:   (813) 274-6000
Fax:   (813) 274-6178
Email:   Rachel.Jones@usdoj.gov

U.S. v. Leszczynski                                                  Case No. 8:22-cr-155-MSS-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ronald Kurpiers

/s/ *Rachel Jones*
Rachel Jones
Assistant United States Attorney
Florida Bar. No. 91492
400 N. Tampa Street, Suite 3200
Tampa, FL 33602
Phone: (813) 274-6000
Fax: (813) 274-6178
Email: Rachel.Jones@usdoj.gov