# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:22-cr-72-KKM-CPT

VITALII CHYCHASOV

## ORDER

Vitalii Chychasov moves (Doc. 26) unopposed to continue the trial from the September 2022 trial calendar to the March 2023 trial calendar. Because additional time is needed to review the voluminous discovery, the ends of justice outweigh the interests of the defendant and of the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The unopposed motion to continue is **GRANTED**, and the trial is continued to the **March 2023** trial calendar. The status conference is scheduled for February 14, 2023, at 9:00 a.m. in Tampa Courtroom 13B before Judge Kathryn Kimball Mizelle. The time from today through April 2, 2023, is "excludable time."

**ORDERED** in Tampa, Florida, on August 15, 2022.

*/s/ Tom Barber*
**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**