UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-72-KKM-CPT

VITALII CHYCHASOV

**JOINT STATUS REPORT**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order dated July 27, 2022, the United States herein states as follows:

1. Brief summary of the case's status:

    This case involves a series of largely identical online marketplaces alleged to be operated several administrators, including CHYCHASOV. The sites were accessible through several URLs, including SSNDOB.WS, SSNDOB.CLUB, SSNDOB.STORE, and SSNDOB.VIP, and sold personally identifiable information of U.S. citizens, including names, social security numbers, and addresses, to buyers all over the world.

    On February 23, 2022, a federal grand jury returned an Indictment in against CHYCHASOV charging him with: (i) conspiracy to commit

access device fraud, in violation of Title 18, United States Code, Secti18 U.S.C. § 371 (Count 1); (ii) trafficking in unauthorized access devices, in violation of 18 U.S.C. §§ 1029(a)(2), (c)(1)(A)(i), and 2 (Count 2); and (iii) possession of unauthorized access, in violation of 18 U.S.C. §§ 1029(a)(3), (c)(1)(A)(i), and 2.

CHYCHASOV was arrested in Hungary and extradited to the U.S. in July 2022. He had his first appearance before this Court on July 25, 2022. The parties are meeting to review discovery and other matters on August 15, 2022. Discovery, which exceeds 2 terabytes and thousands of pages, has been provided to defense counsel.

2. Possibility of a plea agreement:

Defense counsel must still review discovery with their client, but they believe that a plea agreement is likely.

3. Number of days required for trial:

The parties believe the case would take approximately 10 trial days.

4. Pending motions, dates on which they were filed, and whether they are ripe for determination:

None.

5. Potential speedy trial problems:

None. Currently set for March 2023 trial term.

The United States has consulted with counsel for the defendant in this case and he agrees to the information contained herein.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By: _____

        Rachel K. Jones
        Assistant United States Attorney
        Florida Bar. No. 91492
        400 N. Tampa Street, Suite 3200
        Tampa, FL 33602
        Phone:   (813) 274-6000
        Fax:     (813) 274-6178
        Email:    Rachel.Jones@usdoj.gov

U.S. v. CHYCHASOV                                          Case No. 8:22-cr-72-KKM-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jon Hackworth
Arkady Bukh

                          /s/ *Rachel K. Jones*
                          Rachel K. Jones
                          Assistant United States Attorney
                          Florida Bar. No. 91492
                          400 N. Tampa Street, Suite 3200
                          Tampa, FL 33602
                          Phone:      (813) 274-6000
                          Fax:           (813) 274-6178
                          Email:        Rachel.Jones@usdoj.gov