UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.   Case No. 8:22-cr-00072-KKM-CPT-1

**VITALII CHYCHASOV,**

*Defendant.*

## DEFENDANT VITALII CHYCHASOV'S SECOND UNOPPOSED MOTION TO CONTINUE TRIAL TERM

COMES NOW, the Defendant, VITALII CHYCHASOV, by and through his undersigned Counsel and hereby files this Unopposed Motion to Continue Trial Term to June 2023, and states the following in support thereof:

1. Defendant is currently set for March 2023 trial term.

2. At this point, Undersigned Counsel does not anticipate this matter proceeding to Trial. Since the first continuance, the parties have continued working towards a pre-trial resolution of this case and have continued to negotiate a plea agreement. The parties have also met on several occasions to debrief the defendant.

3. In this context, Defendant respectfully requests that the Court continue the matter for three months – to June 2023 term, and that the Court continue to exclude time under the Speedy Trial Act.

4. The Defendant is in custody and does not oppose this motion. Furthermore, the Defendant waives speedy trial.

5. The undersigned counsel contacted counsel for the United States, who has consented to this request.

6.	As such, in light of the parties' need to discuss possible resolutions, Defendant submits that the interests of justice in excluding time will substantially outweigh the interest in a speedy trial.

WHEREFORE, the Defendant, Vitalii Chychasov, by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed just and necessary.

January 12, 2023

Respectfully submitted,

/s/ Arkady Bukh

_____
BUKH LAW FIRM PLLC
1123 Avenue Z
Attorneys for Defendant VITALII CHYCHASOV
Brooklyn, NY 11235
(718) 376-4766
honorable@usa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic service (CM/ECF system) to the Clerk of Court and Assistant United States Attorney on this 12th day of January 2023.

/s/ Arkady Bukh

_____

BUKH LAW FIRM PLLC
1123 Avenue Z
Attorneys for Defendant VITALII CHYCHASOV
Brooklyn, NY 11235
(718) 376-4766
honorable@usa.com