UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:22-cr-72-KKM-CPT

VITALII CHYCHASOV

## ORDER

Vitalii Chychasov purports to waive his right to a speedy trial. (Doc. 35.) Of course, Chychasov lacks the ability single-handedly to do so, as the Speedy Trial Act protects not only a defendant's right to a prompt adjudication but also the public's interest in justice being swiftly meted out. *See Zedner v. United States*, 547 U.S. 489, 500 (2006) (holding that "a defendant may not prospectively waive the application of the [Speedy Trial] Act").

Vitalii Chychasov moves (Doc. 35) unopposed to continue the trial from the March 2023 trial calendar to the June 2023 trial calendar. Because additional time is needed to conduct plea negotiations, the ends of justice outweigh the interests of the defendant and of the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The unopposed motion to continue is **GRANTED**, and the trial is continued to the **June 2023** trial calendar. The status conference is scheduled for May 9, 2023, at 9:00 a.m. in

Tampa Courtroom 13B before Judge Kathryn Kimball Mizelle. The time from today through July 2, 2023, is "excludable time."

ORDERED in Tampa, Florida, on January 18, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge