UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:22-cr-72-KKM-CPT | DATE: | May 9, 2023 |
|---|---|---|---|
| HONORABLE KATHRYN KIMBALL MIZELLE | | INTERPRETER: | n/a |
| **UNITED STATES OF AMERICA** **v.** **VITALII CHYCHASOV** | | LANGUAGE: | n/a |
| | | GOVERNMENT COUNSEL | Candace Rich for Rachel Jones, AUSA |
| | | DEFENSE COUNSEL | Jonathan Hackworth, retained |
| COURT REPORTER: Bill Jones | | DEPUTY CLERK: | Gretchen O'Brien |
| TIME: | 9:28 a.m.–9:29 a.m.   TOTAL: 1 minute | COURTROOM: | 13B |

**PROCEEDINGS: STATUS CONFERENCE**

The parties update the Court on the status of the defendant and trial.

The parties anticipate a resolution, and they are conducting plea negotiations.

If the case proceeds to trial, the parties anticipate it will last 3-4 weeks.

With no objection from the United States, defense counsel orally moves for a continuance to the August 2023 trial calendar.

For the reasons stated on the record, defense counsel's oral motion is GRANTED.

The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The trial is removed from the June 2023 trial calendar and rescheduled for a status conference on July 11, 2023, at 9:00 a.m. in Courtroom 13B.

The trial is continued to the August 2023 trial calendar.

The time from today through September 4, 2023, is excluded under 18 U.S.C. § 3161(h).