UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES,                                          CASE NO.: 8:22-cr-72

v.

VITALI CHYCHASOV
                Defendant.
_____/

## DEFENDANT VITALI CHYCHASOV UNOPPOSED MOTION TO CONTINUE TRIAL TERM AND CONTINUE STATUS HEARING

COMES NOW, the Defendant, VITALI CHYCHASOV, by and through his undersigned Counsel and hereby files this Unopposed Motion to Continue Trial Term to October 2023, and states the following in support thereof:

1. Defendant is currently scheduled for trial during the August 2023 Trial Term.

2. Defendant is currently set for a status hearing on July 11, 2023.

3. Defendant has executed a plea agreement, which has been filed with this Honorable Court.

4. Defendant's change of plea is set before Magistrate Judge Tuite on July 20, 2023 at 3:30 PM.

5. Unfortunately, no change of plea hearings were available prior to the July 11, 2023 status hearing.

6. The Defendant is in custody and does not oppose this motion. Furthermore, the Defendant waives speedy trial.

7. The government does **not** object to this motion.

8. Defendant does not anticipate this matter proceeding to trial given the plea hearing set on

July 20, 2023, but proposes the October 2023 Trial Term to monitor progress.

WHEREFORE, the Defendant, Vitali Chychasov, by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed just and necessary.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic service (CM/ECF system) to the Clerk of Court and Assistant United States Attorney on this 6th day of July, 2023.

*/s/ Jonathan E. Hackworth*
Jonathan Hackworth, Esq.
FBN #84234
Hackworth Law, P.A.
1818 North 15th Street
Tampa, FL 33605
Telephone: (813) 280-2911
Email: jhack@bhtampa.com
Attorney for the Defendant