UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                 Case No.: 8:22-cr-72-KKM-CPT

VITALII CHYCHASOV

## ORDER

Vitalii Chychasov again purports to waive his right to a speedy trial. (Doc. 42.) As But he lacks the ability single-handedly to do so, as the Speedy Trial Act protects not only a defendant's right to a prompt adjudication but also the public's interest in justice being swiftly meted out. *See Zedner v. United States*, 547 U.S. 489, 500 (2006) (holding that "a defendant may not prospectively waive the application of the [Speedy Trial] Act").

Chychasov also moves (Doc. 42) to continue the trial from the August 2023 trial calendar to the October 2023 trial calendar. But this case has been lingering for well over a year and a plea hearing has been scheduled for July 20, 2023. There is no need that outweighs the public's interest in a speedy trial to grant yet another continuance.

ORDERED in Tampa, Florida, on July 7, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge