UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.   8:22-cr-72-KKM-CPT

VITALII CHYCHASOV
_____/

### Consent to Institute a Presentence Investigation and
### Disclose the Report Before Conviction or Plea of Guilty

I, Vitalii Chychasov, hereby consent to a pre-sentence investigation by the probation officers of the United States District Courts.   I understand and agree that the report of the investigation will be disclosed to the District Judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the District Judge in deciding whether to accept a plea agreement that I have reached with the government.

I have read, or had read to me, the foregoing consent and fully understand it.

Dated:   July 20, 2023                             _____
                                                    Defendant

Dated:   July 20, 2023                             _____
                                                    Counsel for Defendant