**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

-vs-   Case No. 8:22-cr-72-KKM-CPT

VITALII CHYCHASOV

**CLERK'S MINUTES**
Proceeding: Change of Plea
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: July 20, 2023 |
| Deputy Clerk: Ashley Sanders | Time: 3:47 p.m. |
| USPO: none | Recess: 5:09 p.m. |
| Court Reporter: Digital | Total Time: 1 hour 22 min |
| Interpreter: George Koverdan, Russian (sworn) | |

Counsel for USA: Rachel Jones, AUSA
Counsel for Defendant: Jonathan Hackworth, retained

Court calls case and counsel enters appearances.

Defendant sworn. Defendant is 37 years old, 11th grade education, can read/write Russian, understands interpreter, no mental health/substance abuse treatment, no drug/alcohol use, clear minded. Counsel has no concern as to defendant's competency.

Defendant consents to proceed before a magistrate judge.

4:00 p.m. – 4:12 p.m. Court takes a recess to allow interpreter to obtain equipment.

Court begins with defendant's background and rights again.

Court reviews plea agreement. Defendant understands. Court advises of maximum penalties. Defendant understands. Court advises of certain constitutional rights. Defendant understands.

Government provides factual basis. No objection.

Defendant pleads guilty to counts one and two of the Indictment. Court finds defendant plea is entered knowingly, voluntarily and is supported by an independent factual basis. Report and recommendation to be entered. Adjudication of guilt deferred. Sentencing date to be set.

Defendant referred to probation for a presentence investigation report.