UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:22-cr-72-KKM-CPT

VITALII CHYCHASOV
_____

ORDER OF FORFEITURE AND PRELIMINARY
ORDER OF FORFEITURE FOR DIRECT ASSETS

The United States moves (Doc. 51) for an Order of Forfeiture in the amount of $5,000,000, representing the amount of proceeds the defendant obtained from his participation in the conspiracy to commit access device fraud, charged in Count One of the Indictment, and trafficking in unauthorized devices, charged in Count Two.

The United States further moves for a Preliminary Order of Forfeiture for the following domains which were used, or intended to be used, in the conspiracy to commit access device fraud, charged in Count One of the Indictment, and trafficking in unauthorized devices, charged in Count Two:

    1. the internet domain BLACKJOB.BIZ;

    2. the internet domain SSNDOB.CLUB;

    3. the internet domain SSNDOB.VIP; and

    4. the internet domain SSNDOB.WS.

Being fully advised of the relevant facts, the Court finds that the defendant obtained $5,000,000 in proceeds from the offenses charged in Counts One and Two of the Indictment, for which the defendant was found guilty.

The Court further finds that the defendant used the domains identified above in the offenses charged in Counts One and Two of the Indictment, for which the defendant was found guilty.

The United States' motion is **GRANTED**. Under 18 U.S.C. §§ 982(a)(2)(B), 1029(c)(1)(C), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the $5,000,000 in proceeds the defendant obtained and the assets identified above are **FORFEITED** to the United States for disposition according to law. Upon entry, this order shall become a final order of forfeiture as to the defendant.

The proceeds of the offense were transferred to third parties, and the United States cannot locate the proceeds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the $5,000,000 order of forfeiture. The United States may also conduct discovery (including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas), under Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, to help identify, locate, and forfeit substitute assets. The net proceeds from the forfeiture and sale of any specific

asset(s) shall be credited to and reduce the amount the United States shall be entitled to forfeit as substitute assets under 21 U.S.C. § 853(p).

The Court retains jurisdiction to enter any order necessary for the forfeiture and disposition of any substitute asset, to address any third-party claim that may be asserted, and to enter any further order necessary for the forfeiture and disposition of such property.

**ORDERED** in Tampa, Florida, on August 24, 2023.

Kathryn Kimball Mizelle
United States District Judge